IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAW SCHOOL ADMISSION COUNCIL, INC. | CIVIL ACTION<br>Case No. 09-cv-04050-JF |
| Plaintiff,<br>v. | |
| ROBIN SINGH EDUCATIONAL SERVICES, INC., D.B.A. TESTMASTERS | |
| and | |
| ROBIN SINGH,<br>Defendants. | |

**NOTICE OF WITHDRAWAL OF**
**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Please take notice that pursuant to a settlement agreement between the parties, Plaintiff Law School Admission Council, Inc. hereby withdraws its Motion for Preliminary Injunction (Docket No. 3).

September 17, 2009

*Of Counsel:*
Brett I. Miller
Anita B. Polott
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Tel: 202-739-3000

Respectfully Submitted

s/ Andrew C. Whitney
John V. Gorman (PA Bar No. 80631)
Andrew C. Whitney (PA Bar No. 201534)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215-963-5000

COUNSEL FOR PLAINTIFF LAW SCHOOL
ADMISSION COUNCIL, INC.

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Plaintiff's Motion For Preliminary Injunction was served upon counsel listed below on September 17, 2009 via the ECF System.

    Randal S. White, Esquire
    FOX ROTHSCHILD LLP
    2700 Kelly Road, Suite 300
    Warrington, PA 18976
    Telephone: (215) 918-3610


      /s/ Andrew C. Whitney___
      Andrew C. Whitney